UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-00440-3-BR

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| SHEILA DENISE WILLIS | |

This matter is before the court on defendant's *pro se* motions to dismiss alleging speedy trial violations and ineffective assistance of counsel. (DE ## 104, 120.) The court has allowed motions to withdraw from defendant's initial and subsequently appointed counsel and has appointed new counsel. New counsel has recently filed a notice of appearance. To the extent defendant's motions are based on speedy trial violations, they are DENIED WITHOUT PREJUDICE to counsel refiling, if necessary. To the extent the motions are based on ineffective assistance of counsel, the motions are DENIED because the court has redressed defendant's complaints by the appointment of new counsel.

This 16 June 2021.

_____
W. Earl Britt
Senior U.S. District Judge