UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-440-3-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SHEILA DENISE WILLIS | ) |
| | ) |

On defendant's unopposed motion, the original conditions of defendant's release (set forth in the order at Docket Entry 52) are hereby reinstated.

This 2 July 2021.

_____
W. Earl Britt
Senior U.S. District Judge